# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150537

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

OTIS JACKSON, JR.,
      Defendant-Appellant.

SC: 150537
COA: 322858
Jackson CC: 13-004406-FC

_____/

      On order of the Court, the application for leave to appeal the October 3, 2014 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2015



d0520

Clerk